UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD SMITH**                                **CIVIL ACTION**

**VERSUS**                                      **No. 11-2201**

**CROSBY & SON TOWING, L.L.C.**                 **SECTION I**

### ORDER

Considering plaintiff, Donald Smith's motion[1] to dismiss,

**IT IS ORDERED** that the motion is **GRANTED**.  The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, September  12th  , 2011.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 3.